UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| Rebecca Hopp, et. al., | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:13cv1571 TCM |
| vs. | ) | |
| | ) | |
| Johnson & Johnson Services, Inc., et al., | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER**

The above styled and numbered case was filed on August 13, 2013 and randomly assigned to the Honorable Thomas C. Mummert , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable E. Richard Webber, United States District Judge, under cause number 2:13cv00074.   **IT IS FURTHER ORDERED** that cause number. 4:13cv 1571 TCM   be administratively closed.

Dated this 13th Day of August, 2013.            JAMES G. WOODWARD
                                                  Clerk of Court
                                                By: /s/ Michele Crayton
                                                   Deputy In Charge

**Please note the new case number: 2:13cv00074 ERW.**